1 | Squire, Sanders & Dempsey L.L.P.
2 | Diane L. Gibson (State Bar # 114825)
    Suzanne Henderson (State Bar # 168046)
3 | One Maritime Plaza, Suite 300
    San Francisco, CA 94111-3492
4 | Telephone: +1.415.954.0200
    Facsimile: +1.415.393.9887
5 | Email: PAcosta@ssd.com

6 | Attorneys for Non-Party, Rule 45 Subpoena
    Recipient SQUIRE, SANDERS & DEMPSEY LLP

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT

10

11 | ANGELES CHEMICAL COMPANY,        Case No. C 06-80343 EDL
     INC., a California corporation, et al.,
12 |                                  STIPULATION AND ORDER RE
              Plaintiff,              CONTINUANCE OF HEARING DATE ON
13 |                                  MOTION TO QUASH/PROTECTIVE
       vs.                            ORDER
14 |
     MCKESSON CORPORATION, a
15 | California corporation, et al.,

16 |          Defendants.

17

18

19  The motion of Squire, Sanders & Dempsey L.L.P. ("SSD") to Quash or, in the

20  Alternative, Motion for Protective Order Regarding Third Rule 45 Subpoena of Plaintiffs Greve

21  Financial Services Inc., Angeles Chemical Company, Inc., and John Locke ("Plaintiffs") is

22  currently set for hearing on January 16, 2006. SSD and Plaintiffs agree to continue the hearing to

23  January 30, 2006 at 9:00 a.m.

SANFRANCISCO/204898.1                                  STIPULATION AND ORDER

| | |
|---|---|
| 1  Dated: December 27, 2006 | Squire, Sanders & Dempsey L.L.P. |
| 2 | |
| 3 | By: *(signature)* |
| 4 | Diane L. Gibson |
| 5 | Attorneys for Non-Party, Rule 45 Subpoena Recipient SQUIRE, SANDERS & DEMPSEY LLP |
| 6 | |
| 7  Dated: December 22, 2006 | Caufield & James LLP |
| 8 | |
| 9 | By: *(signature)* |
| 10 | Jeffrey L. Caufield |
| 11 | Attorneys for GREVE FINANCIAL SERVICES, INC., ANGELES CHEMICAL COMPANY, INC., AND JOHN LOCKE |

IT IS SO ORDERED.

Dated: January 3, 2007

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*

IT IS SO ORDERED

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

SANFRANCISCO/204898.1

- 2 -

STIPULATION AND ORDER

12/27/2006 WED 13:18  [TX/RX NO 9263] ☒003