1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Diane L. Gibson (State Bar # 114825)
2  One Maritime Plaza, Suite 300
   San Francisco, CA  94111-3492
3  Telephone:  +1.415.954.0200
   Facsimile:  +1.415.393.9887
4  Email:       digibson@ssd.com

5  Attorneys for Non-Party, Rule 45 Subpoena
   Recipient SQUIRE, SANDERS & DEMPSEY LLP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., a California corporation, *et al*.,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION, a California corporation, *et al.*,<br><br>Defendant. | Northern District Miscellaneous Matter<br>Case No.  C 06-80343 Misc MMC (EDL)<br>Case No. C 07-80123 Misc MMC (EDL)<br><br>Case No. 01-10532 TJH (Ex)<br>Central District of California<br><br>[PROPOSED] ORDER RE: SQUIRE, SANDERS & DEMPSEY L.L.P.'S REQUEST FOR ORDER CONSISTENT WITH DISTRICT COURT ORDER IN CENTRAL DISTRICT ACTION NO. 01-10532 TJH (Ex) CONFIRMING EFFECT OF STAY OF UNDERLYING ACTION AND/OR ORDER STAYING SQUIRE, SANDERS & DEMPSEY L.L.P.'S RESPONSE TO DISCOVERY ORDERS |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

[PROPOSED] ORDER RE: REQUEST FOR ORDER RE: ENTRY OF STAY
SANFRANCISCO/229911.1

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)

1  IT IS HEREBY ORDERED,

2  Non-party, Rule 45 subpoena recipient Squire, Sanders & Dempsey, L.L.P.'s ("SSD's")

3  response to discovery and/or orders in this matter is stayed for the duration of the stay of the

4  underlying litigation, Case No. 01-10532 TJH, Central District of California.

6  Dated: August 16, 2007

IT IS SO ORDERED
Judge Elizabeth D. Laporte

ELIZABETH D. LAPORTE
Magistrate Judge of the Northern District

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

[PROPOSED] ORDER RE: REQUEST FOR
ORDER RE: ENTRY OF STAY
SANFRANCISCO/229911.1

- 1 -

Northern Dist. Misc. Matter
Case No. C 06-80343 Misc MMC (EDL)
Case No. C 07-80123 Misc MMC (EDL)